# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Davis, William E. | U.S. Court of Appeals, 5th Cir | 05/19/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Active) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

800 Lafayette St.
Suite 5100
Lafayette, LA 70501

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Partnership composed of Michael R. Morton and me on property listed under Item VII. Partnership exists solely to own and rent real estate. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/13 | Tanner Companies, Inc. (self-employed retail sales-woman's clothing (S)) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 05/19/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Whitney National Bank,, successor to First National Bank, Lafayette, LA 70509 | An in rem mortgage (no personal liability) is in effect on office building and warehouse | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Checking acct.,Whitney Bank Lafayette, LA | A | Interest | J | T | | | | | |
| 2. 1/2 Interest-New Iberia,LA,office building & warehouse | E | Rent | M | W | | | | | |
| 3. Common stock, Land Coast Insulation, Inc. | C | Dividend | M | W | | | | | |
| 4. Vanguard Short Term Tax Exe (l/2 interest) | A | Interest | L | T | | | | | |
| 5. Marathon Pete Corp | | None | | | Sold | 02/19/13 | K | | |
| 6. Livingston Parish | | None | | | Sold | 02/19/13 | K | | |
| 7. Vanguard Health Care Fund (52) | A | Dividend | | | Sold | 07/19/13 | J | | |
| 8. Vanguard Total Int'l Stock Fund Index (113) | A | Dividend | | | Sold | 07/19/13 | J | | |
| 9. Vanguard GNMA Fund (36) | A | Dividend | | | Sold | 07/19/13 | K | | |
| 10. Vanguard Total Stock Mkt Fund (IRA) | D | Distribution | | | Sold | 07/19/13 | M | | |
| 11. Vanguard Target Retirement 2010 (681) | A | Dividend | | | Sold | 10/08/13 | J | | |
| 12. Louisiana LOC Govt. Environment Bond | | None | | | Sold | 02/19/13 | K | | |
| 13. Entergy LA, LLC | | None | | | Sold | 02/19/13 | K | | |
| 14. GECC Pines (C) | A | Dividend | | | Matured | 01/02/13 | J | A | |
| 15. ESP Resources | | None | | | Sold | 02/19/13 | J | | |
| 16. Deutsche BK Cap Fund (C) | | None | | | Sold | 02/19/13 | K | | |
| 17. Duff Phelps DNP Select Income Fund (C) | A | Dividend | | | Sold | 02/19/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Eaton Vance Income Fund (C) | A | Dividend | | | Sold | 02/19/13 | K | | |
| 19. Citigroup Capital (C) | | None | | | Sold | 02/19/13 | K | | |
| 20. General Electric Capital Corp. | A | Dividend | | | Sold | 02/19/13 | K | | |
| 21. Intel Corp. (C) | | None | | | Sold | 02/19/13 | J | | |
| 22. FD Regions FDIC 1 | A | Interest | | | Sold | 02/19/13 | J | | |
| 23. Regions Bank CD | A | Dividend | K | T | | | | | |
| 24. Cisco Systems (C) | | None | | | Sold | 02/19/13 | J | | |
| 25. Webster Parish School (Bond) (C)(X) | | None | | | Sold | 02/19/13 | K | | |
| 26. Urstadt Biddle Properties (C) | A | Dividend | | | Sold | 02/19/13 | J | | |
| 27. Edge Petrolem | A | Royalty | J | T | | | | | |
| 28. Home Bank Stock | A | Dividend | K | T | | | | | |
| 29. Western Asset (C) | A | Interest | J | T | | | | | |
| 30. Hancock Holding (C) | | None | | | Sold | 02/19/13 | K | | |
| 31. Montag &Caldwell Growth (IRA-C)(X) | | None | | | Sold | 07/19/13 | J | | |
| 32. Marathon Pete Corp (C) | | None | | | Sold | 02/19/13 | K | | |
| 33. General Electric (C) | | None | | | Sold | 02/19/13 | J | | |
| 34. Drey Gen | | None | | | Sold | 02/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Dividend Growth Fund | B | Dividend | | | Sold | 07/19/13 | M | | |
| 36. Van Total Stock Mkt Idx Inv(0585) | A | Dividend | | | Sold | 07/19/13 | L | | |
| 37. FD20 Regions FDIC 1 (C) | A | Interest | | | Sold | 02/19/13 | J | | |
| 38. FD21 Regions FDIC 2 (C) | A | Interest | | | Sold | 02/19/13 | J | | |
| 39. Entergy LA LLC (C) | | None | | | Sold | 02/19/13 | J | | |
| 40. Goldman Sachs (C) | A | Interest | | | Sold | 02/19/13 | K | | |
| 41. Livingston Parish (C)(X) | | None | | | Sold | 02/19/13 | K | | |
| 42. Louisiana State Gas (C)(X) | | None | | | Sold | 02/19/13 | K | | |
| 43. Terrebonne Parish (C)(X) | | None | | | Sold | 02/19/13 | K | | |
| 44. Van Target Retirement (0681) | | None | | | Sold | 07/19/13 | M | | |
| 45. WED RJ | | | | | | | | | |
| 46. FD 20 Regions FDIC 1 | A | Interest | | | Buy | 02/19/13 | J | | |
| 47. | | | | | Sold | 08/06/13 | J | | |
| 48. ESP Resources Inc. | | None | | | Buy | 02/19/13 | J | | |
| 49. | | | | | Sold | 08/06/13 | J | | |
| 50. Entergy LA | A | Interest | | | Buy | 02/19/13 | J | | |
| 51. | | | | | Sold | 08/06/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. General Electric | A | Dividend | | | Buy | 02/19/13 | K | | |
| 53. | | | | | Sold | 08/06/13 | K | | |
| 54. Livingston Parish | A | Interest | | | Buy | 02/19/13 | K | | |
| 55. | | | | | Sold | 08/06/13 | K | | |
| 56. L.A. LOC Govt | A | Interest | | | Buy | 02/19/13 | K | | |
| 57. | | | | | Sold | 08/06/13 | K | | |
| 58. Marathon Pete | A | Dividend | | | Buy | 02/19/13 | K | | |
| 59. | | | | | Sold | 08/06/13 | K | | |
| 60. CS #1818 | | | | | | | | | |
| 61. Money Market | | None | J | T | Open | 08/06/13 | J | | |
| 62. Virtus Foreign Opp (JVIAX) | | None | K | T | Buy | 08/06/13 | K | | |
| 63. Vanguard International Value (VTRIX) | | None | L | T | Buy | 08/06/13 | L | | |
| 64. Vanguard Intl Explorer Fd (VINEX) | | None | K | T | Buy | 08/06/13 | K | | |
| 65. Fedelity Latin American Fd (FLATX) | | None | J | T | Buy | 08/06/13 | J | | |
| 66. Matthews Pacific Tiger (MAPTX) | | None | K | T | Buy | 08/06/13 | K | | |
| 67. Matthews Asia Small (MSMLX) | | None | K | T | Buy | 08/06/13 | K | | |
| 68. T Rowe Price New Asia Fd (PRASX) | | None | J | T | Buy | 08/06/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CS #0594 | | | | | | | | | |
| 70. Money Market | A | Dividend | K | T | Open | 07/18/13 | K | | |
| 71. American Express (AXP) | A | Dividend | J | T | Buy | 07/18/13 | J | | |
| 72. Annaly Mtg Management (NLY) | | None | J | T | Buy | 07/18/13 | J | | |
| 73. Barrick Gold Corp (ABX) | A | Dividend | J | T | Buy | 07/18/13 | J | | |
| 74. Baxter International Inc. (BAX) | A | Dividend | J | T | Buy | 07/18/13 | J | | |
| 75. Becton Dickinson & Co. (BDX) | A | Dividend | J | T | Buy | 07/18/13 | J | | |
| 76. Chevron Texaco Corp (CVX) | A | Dividend | J | T | Buy | 07/18/13 | J | | |
| 77. Chubb Corporation (CB) | A | Dividend | J | T | Buy | 07/18/13 | J | | |
| 78. Cisco Systems Inc. (CSCO) | A | Dividend | J | T | Buy | 07/18/13 | J | | |
| 79. | | | | | Sold (part) | 08/16/13 | J | A | |
| 80. Conoco Phillips (COP) | A | Dividend | J | T | Buy | 07/18/13 | J | | |
| 81. CVS Corp (CVS) | A | Dividend | J | T | Buy | 07/18/13 | J | | |
| 82. Devon Energy (DVN) | A | Dividend | J | T | Buy | 07/18/13 | J | | |
| 83. Dr. Pepper Snapple Group (DPS) | A | Dividend | K | T | Buy | 07/18/13 | K | | |
| 84. Exelon Corporation (EXC) | A | Dividend | J | T | Buy | 07/18/13 | J | | |
| 85. Express Scripts (ESRX) | | None | J | T | Buy | 07/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Exxon Mobile Corp (XOM) | A | Dividend | K | T | Buy | 07/18/13 | K | | |
| 87. GlaxoSmithkline PLC ADR (GSK) | | None | J | T | Buy | 07/18/13 | J | | |
| 88. Mack Cali Reality Corp (CLI) | | None | J | T | Buy | 07/18/13 | J | | |
| 89. Medtronic Inc. (MDT) | A | Dividend | J | T | Buy | 07/18/13 | J | | |
| 90. Microsoft Corp (MSFT) | A | Dividend | J | T | Buy | 07/18/13 | J | | |
| 91. Molson Coors Brewing Clb (TAP) | A | Dividend | K | T | Buy | 07/18/13 | K | | |
| 92. Newmont Mining Corp (NEM) | A | Dividend | J | T | Buy | 07/18/13 | J | | |
| 93. Northrop Grumman Corp (NOC) | A | Dividend | J | T | Buy | 07/18/13 | J | | |
| 94. Pepsico Inc. (PEP) | A | Dividend | K | T | Buy | 07/18/13 | K | | |
| 95. PNC Finl Services Gp Inc (PNC) | A | Dividend | J | T | Buy | 07/18/13 | J | | |
| 96. Procter & Gamble Co. (PG) | A | Dividend | J | T | Buy | 07/18/13 | J | | |
| 97. Schwab Charles Corp (SCHW) | A | Dividend | J | T | Buy | 07/18/13 | J | | |
| 98. Southern Company (SO) | | None | J | T | Buy | 07/18/13 | J | | |
| 99. Sun Trust Banks (STI) | A | Dividend | J | T | Buy | 07/18/13 | J | | |
| 100. Taiwan Semiconductr Adrf (TSM) | | None | J | T | Buy | 07/18/13 | J | | |
| 101. Target Corp (TGT) | A | Dividend | J | T | Buy | 07/18/13 | J | | |
| 102. Torchmark Corporation (TMK) | A | Dividend | J | T | Buy | 07/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Travelers Companies (TRV) | A | Dividend | J | T | Buy | 07/18/13 | J | | |
| 104. US Bancorp (USB) | A | Dividend | J | T | Buy | 07/18/13 | J | | |
| 105. Wal-Mart Stores Inc. (WMT) | | None | K | T | Buy | 07/18/13 | K | | |
| 106. Wells Fargo & Company (WFC) | A | Dividend | J | T | Buy | 07/18/13 | J | | |
| 107. Bard C R Incorporated (BCR) | | None | | | Buy | 08/16/13 | J | | |
| 108. | | | | | Sold | 09/12/13 | J | A | |
| 109. General Electric (GE) | | None | | | Buy | 07/18/13 | K | | |
| 110. | | | | | Sold | 08/16/13 | K | C | |
| 111. RJ (C) | | | | | | | | | |
| 112. AFLAC | A | Interest | | | Buy | 02/19/13 | J | | |
| 113. | | | | | Sold | 07/18/13 | J | | |
| 114. CISCO | A | Dividend | | | Buy | 02/19/13 | J | | |
| 115. | | | | | Sold | 07/18/13 | J | | |
| 116. CitiGroup | A | Dividend | | | Buy | 02/19/13 | J | | |
| 117. | | | | | Sold | 07/18/13 | J | | |
| 118. CitiGroup Capital | A | Interest | | | Buy | 02/19/13 | K | | |
| 119. | | | | | Redeemed | 04/16/13 | K | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. DNP Select | A | Dividend | | | Buy | 02/19/13 | J | | |
| 121. | | | | | Sold | 07/19/13 | J | | |
| 122. Deutsche Bank Capital | A | Interest | | | Buy | 02/19/13 | K | | |
| 123. | | | | | Sold | 07/19/13 | K | | |
| 124. EPSI | | None | | | Buy | 02/19/13 | J | | |
| 125. | | | | | Sold | 07/19/13 | J | | |
| 126. Eaton Vance | A | Dividend | | | Buy | 02/19/13 | K | | |
| 127. | | | | | Sold | 07/19/13 | K | | |
| 128. Entergy Louisiana | A | Interest | | | Buy | 02/19/13 | J | | |
| 129. | | | | | Sold | 07/19/13 | J | | |
| 130. General Electric | A | Dividend | | | Buy | 02/19/13 | K | | |
| 131. | | | | | Sold | 07/19/13 | K | | |
| 132. General Motors | | None | | | Buy | 02/19/13 | J | | |
| 133. | | | | | Sold | 07/19/13 | J | | |
| 134. General Mtrs Warrant (GM.WSA) | | None | | | Buy | 02/19/13 | J | | |
| 135. | | | | | Sold | 07/19/13 | J | | |
| 136. General Mtrs Warrant (GM.WSB) | | None | | | Buy | 02/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 07/19/13 | J | | |
| 138. Goldman Sachs | A | Interest | | | Buy | 02/19/13 | K | | |
| 139. | | | | | Sold | 07/19/13 | K | | |
| 140. Hancock Hldg Co. | A | Dividend | | | Buy | 02/19/13 | K | | |
| 141. | | | | | Sold | 07/19/13 | K | | |
| 142. Intel Corporation | A | Dividend | | | Buy | 02/19/13 | J | | |
| 143. | | | | | Sold | 07/19/13 | J | | |
| 144. Livingston Parish | A | Interest | | | Buy | 02/19/13 | J | | |
| 145. | | | | | Sold | 07/19/13 | J | | |
| 146. Louisiana St. Gas | A | Interest | | | Buy | 02/19/13 | J | | |
| 147. | | | | | Sold | 07/19/13 | J | | |
| 148. Marathon Pete | A | Dividend | | | Buy | 02/19/13 | K | | |
| 149. | | | | | Sold | 07/19/13 | K | E | |
| 150. Terrebonne Parish | A | Interest | | | Buy | 02/19/13 | K | | |
| 151. | | | | | Sold | 07/19/13 | K | | |
| 152. Urstadt Biddle | A | Dividend | | | Buy | 02/19/13 | J | | |
| 153. | | | | | Sold | 07/19/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Webster Parish | A | Interest | | | Buy | 02/19/13 | K | | |
| 155. | | | | | Sold | 07/19/13 | K | | |
| 156. CS #0844 (C) | | | | | | | | | |
| 157. Money Market | A | Interest | M | T | Open | 07/19/13 | M | | |
| 158. Total Return Bond (TGLMX) | A | Dividend | L | T | Buy | 07/19/13 | L | | |
| 159. Lommis Sayles Senior (LSFYX) | A | Dividend | K | T | Buy | 07/19/13 | K | | |
| 160. Pimco Income Inst (PIMIX) | A | Dividend | K | T | Buy | 07/19/13 | K | | |
| 161. Templeton Global Bond (TPICZ) | A | Dividend | K | T | Buy | 07/19/13 | K | | |
| 162. General Electric | | None | | | Buy | 07/19/13 | K | | |
| 163. | | | | | Sold | 08/16/13 | K | C | |
| 164. Doubleline Low Duration (DBLSX) | A | Dividend | K | T | Buy | 07/19/13 | K | | |
| 165. Vanguard Short Term | A | Dividend | K | T | Buy | 07/19/13 | K | | |
| 166. Louisiana Loc. Govt (546280DL9) (X) | A | Interest | K | T | Buy | 07/19/13 | K | | |
| 167. Webster Parish (X) | A | Interest | K | T | Buy | 07/19/13 | K | | |
| 168. Vanguard Div Growth Fd (VDIGX) | B | Dividend | M | T | Buy | 07/19/13 | M | | |
| 169. Vanguard Total Stk Mkt (VTSAX) | A | Dividend | L | T | Buy | 07/19/13 | L | | |
| 170. EPSI | | None | J | T | Buy | 07/19/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Target Retirement 2010 (VTENX) | C | Dividend | M | T | Buy | 07/19/13 | N | | |
| 172. | | | | | Sold (part) | 08/16/13 | M | E | |
| 173. AFLAC | | None | | | Buy | 07/19/13 | J | | |
| 174. | | | | | Sold | 08/16/13 | J | A | |
| 175. CitiGroup | A | Dividend | | | Buy | 07/19/13 | J | | |
| 176. | | | | | Sold | 08/16/13 | J | A | |
| 177. DNP Select | A | Dividend | | | Buy | 07/19/13 | J | | |
| 178. | | | | | Sold | 08/16/13 | J | A | |
| 179. Deutsche Bank Capital | A | Dividend | | | Buy | 07/19/13 | K | | |
| 180. | | | | | Sold | 08/16/13 | K | B | |
| 181. Eaton Vance | | None | | | Buy | 07/19/13 | K | | |
| 182. | | | | | Sold | 08/16/13 | K | A | |
| 183. Entergy Louisiana | | None | | | Buy | 07/19/13 | K | | |
| 184. | | | | | Sold | 08/16/13 | K | B | |
| 185. General Electric | | None | | | Buy | 07/19/13 | J | | |
| 186. | | | | | Sold | 08/16/13 | J | A | |
| 187. General Motors | | None | | | Buy | 07/19/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 08/16/13 | J | A | |
| 189. General Mtrs Warrant (GM.WSA-16) | | None | | | Buy | 07/19/13 | J | | |
| 190. | | | | | Sold | 09/06/13 | J | A | |
| 191. General Mtrs Warrant (GM.WSB-19) | | None | | | Buy | 07/19/13 | J | | |
| 192. | | | | | Sold | 09/06/13 | J | A | |
| 193. Goldman Sachs | A | Interest | | | Buy | 07/19/13 | J | | |
| 194. | | | | | Sold | 08/16/13 | J | A | |
| 195. Hancock Hldg Co. | | None | | | Buy | 07/19/13 | K | | |
| 196. | | | | | Sold | 08/16/13 | K | B | |
| 197. Intel Corporation | A | Dividend | | | Buy | 07/19/13 | J | | |
| 198. | | | | | Sold | 08/16/13 | J | A | |
| 199. Livingston Parish | B | Interest | | | Buy | 07/19/13 | L | | |
| 200. | | | | | Sold | 08/13/13 | L | A | |
| 201. Louisiana St. Gas | | None | | | Buy | 07/19/13 | K | | |
| 202. | | | | | Sold | 08/13/13 | K | A | |
| 203. Terrebonne Parish | A | Interest | | | Buy | 07/19/13 | K | | |
| 204. | | | | | Sold | 08/13/13 | K | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Urstadt Biddle | | None | | | Buy | 07/19/13 | J | | |
| 206. | | | | | Sold | 08/13/13 | J | B | |
| 207. Health Care Fund Inv (VGHCX) | | None | | | Buy | 07/19/13 | J | | |
| 208. | | | | | Sold | 08/16/13 | J | D | |
| 209. GNMA Fund Admiral Shares (VFIJX) | A | Dividend | | | Buy | 07/19/13 | L | | |
| 210. | | | | | Sold | 09/06/13 | L | A | |
| 211. Total Intl Stock Ix Inv. (VGTSX) | | None | | | Buy | 07/19/13 | J | | |
| 212. | | | | | Sold | 08/16/13 | J | A | |
| 213. CS #5184 (C) | | | | | | | | | |
| 214. Monlag & Caldwell Growth (MCGFX) | | None | K | T | Buy | 07/19/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 05/19/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 05/19/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William E. Davis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544